IRVING TRUST COMPANY, as Trustee under the Will of SARAH A. P. FAY, Deceased, et al., Respondents, v. ANAHMA REALTY CORPORATION, Appellant, and EDWARD J. PARKINSON, as Receiver, Respondent.

Argued October 18, 1939; decided November 14, 1939.

*George Levitus* and *Arthur P. West* for appellant.

*Wilmurt B. Linker* and *Gardner C. Klein* for defendant, respondent.

*C. Murray Kavanagh* for plaintiffs, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.